Victims statement 2, of George Thomas Vernon

Case 1:20-CV-6928-CM

I GAINED CONSIUSNESS on a plane and was ordered to say nothing

Not to speak to anyone, I was perminantly blindfolded and ghislaine

Maxwell told me to test some drugs, for this I would be paid $1000

I nodded my head, I remember feeling out of it be for I even started to test

The drugs, and then refused to sniff the cocaine I was threatened by a male

Who ghislaine maxwell called Jeffrey,

I sniffed the drug, then I sniffed again until it sent me sky high

I was out of it, having sex with ghislaine

I remember picking up a used condom and slipping it into my pocket

Pocket I needed proof that it happened.

I tested more And more drugs until I passed out again

I was in Jeffrey house I was told I would be given

Very special gifts if I never mentioned what happened to anyone

Otherwise I would be killed

I was terrified, and I tested another drug lost consiusness

And awoke in Hyde park with a hold all under my head as a pillow

I walk to the police station, told the officer what had happened

He laughed at me and told me to go away,

I did, I then found the $1000 in my pocket and cashed it at the curency exchange

In Victoria train station, got a ticket to BRISTOL at the bus station

Arrived home where I colapsed And slept a few days