UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE THOMAS VERNON,<br><br>         Plaintiff,<br><br>   -against-<br><br>GHISLAINE MAXWELL; JEFFREY EPSTEIN,<br><br>         Defendants. | 1:20-CV-6928 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued November 19, 2020, dismissing this action for lack of subject-matter jurisdiction,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for lack of subject-matter jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 19, 2020
    New York, New York

                    *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.